### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA KURZMANN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HATBORO FEDERAL SAVINGS, ) <br> ) <br> Defendant. ) | No. 2:21-cv-00766-KSM <br><br> CIVIL ACTION – LAW |

### **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES, Plaintiff Barbara Kurzmann, by and through her undersigned counsel, who hereby moves the court for partial summary judgment as to Defendant's Sixth Affirmative Defense that Plaintiff failed to mitigate her alleged damages. In support of this motion, Plaintiff will rely on the attached Statement of Undisputed Facts, memorandum of law, exhibits, and proposed order.

*Respectfully Submitted*,

**MANSOUR LAW, LLC**

Date: January 4, 2022      BY:   */s/ William P. Mansour*
William P. Mansour, Esq.
Atty ID No. 318833
1101 W. Hamilton Street, Suite 205
Allentown, PA 18101
Tel: (610) 321-3538
Fax: (610) 798-1345
Email: wpm@themansourfirm.com

*Attorney for Plaintiff Barbara Kurzmann*